IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CARLOS RODRIGUEZ,<br>    Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-06-CA-35-FM |

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order signed on this date, the Court enters its final judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

IT IS ORDERED that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that Petitioner is **DENIED** a **CERTIFICATE OF APPEALABILITY**.

IT IS FURTHER ORDERED that all pending motions, if any, are **DENIED AS MOOT**.

The Clerk shall **CLOSE** this case.

SIGNED this _____26_____ day of **September 2008**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE